IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2008 MAY 22 AM 11: 17

| | | |
|---|---|---|
| BRUCE TIMOTHY JONES | ) | |
| | ) | |
| vs. | ) | CIVIL ACTIONS 408-054, 408-055, |
| | ) | 408-056, 408-057, 408-059, 408-060 and |
| | ) | 408-061 - Consolidated |
| | ) | |
| FRED BURNETTE | ) | |

## ORDER

After a careful de novo review of the record in these cases, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court as to all cases enumerated above. The Clerk is directed to close the cases and delete them from the role of pending civil matters.

SO ORDERED this _22_ day of _May_, 2008.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia